ACCEPTED
04-14-00579-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/18/2015 11:35:03 AM
KEITH HOTTLE
CLERK

Cause No. 04-14-00579-CV

| | | |
|---|---|---|
| Jay Kay Bear, Ltd., | § | In the Court of Appeals |
| Appellant/ Cross-Appellee, | § | |
| | § | FILED IN 4th COURT OF APPEALS SAN ANTONIO, TEXAS |
| —versus— | § | Fourth Court of Appeals District |
| | § | 09/18/2015 11:35:03 AM |
| Patty Martin, | § | KEITH E. HOTTLE Clerk |
| Appellee/ Cross-Appellant. | § | San Antonio, Texas |

## APPELLANT'S MOTION FOR LEAVE TO FILE A POST-SUBMISSION LETTER BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COMES Appellant Jay Kay Bear, Ltd., and respectfully requests that this Court grant Appellant leave to file a post-submission letter brief, and would respectfully show the Court as follows:

### A.   Factual and Procedural History

1.   On September 2, 2015, this Court heard oral argument in this cause.

2.   On September 4, 2015, without leave of Court, Jay Kay Bear filed a post-submission letter in an effort to offer additional briefing regarding Jay Kay Bear's standing to pursue its appeal, the implied findings of the trial court, and whether the 2003 Zyco Lien is superior to the 2008 Martin Lien as a matter of law.

3.   Jay Kay Bear failed to request leave to file that post-submission letter brief, as required by Local Rule 8.5(b). Jay Kay Bear seeks to remedy that oversight through this Motion for Leave.

4.   On September 14, 2015, Martin filed a Motion for Leave to File a Response to Appellant's Post-Submission Letter Brief. On September 15, 2015, this Court granted that motion.

## B.     Argument and Authorities

5.     Under Local Rule 8.5(b), "[i]f a party wishes to file a post-submission brief that has not been requested by the Court, the party must obtain the Court's permission." Here, the Court did not request a post-submission brief. Therefore, Jay Kay Bear was required to obtain the Court's permission.

6.     The undersigned counsel is embarrassed to admit that she filed the post-submission letter brief on behalf of Jay Kay Bear in this case without requesting or obtaining this Court's permission. The undersigned counsel is even more embarrassed to admit that she routinely filed post-submission letter briefs with this Court, and has never filed a motion for leave. The undersigned counsel has learned the error of her ways and will not make the same mistake again.

7.     During oral argument, the Court asked jurisdictional questions that were not answered by the Appellant's briefing. During the oral argument, the Court's jurisdictional concerns were clearly not resolved by the undersigned counsel's answers. Jay Kay Bear presented its post-submission letter briefing in an effort to provide helpful authority and to aid the Court in correctly answering the jurisdictional questions raised in this case.

## C.     Conclusion and Prayer

8.     For the foregoing reasons, Appellant Jay Kay Bear, Ltd. respectfully requests that this Court grant Appellant's Motion for Leave to File A Post-Submission Letter Brief.

Respectfully submitted,

_/s/ Beth Watkins_
Beth Watkins
State Bar No. 24037675
LAW OFFICE OF BETH WATKINS
926 Chulie Drive
San Antonio, Texas 78216
(210) 225-6666—phone
(210) 225-2300—fax
Beth.Watkins@WatkinsAppeals.com

COUNSEL FOR APPELLANT
JAY KAY BEAR, LTD.

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 16, 2015, I e-mailed a copy of this motion to Patricia M. Oviatt, Counsel for Appellee/ Cross-Appellant Patty Martin. On September 17, 2015, Ms. Oviatt responded that, on behalf of her client, she was opposed to paragraph 7 of this motion.

*/s/ Beth Watkins*
Beth Watkins


## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2015, a true and correct copy of the foregoing Appearance of Counsel was electronically served on the following counsel of record:

Patricia M. Oviatt
COKINOS, BOSIEN & YOUNG
10999 West IH 10, Suite 800
San Antonio, Texas 78230
POviatt@cbylaw.com

COUNSEL FOR APPELLEE/ CROSS-APPELLANT
PATTY MARTIN

*/s/ Beth Watkins*
Beth Watkins

COUNSEL FOR APPELLANT
JAY KAY BEAR, LTD.